PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14CR87HTW-FKB

SARAH ADELIA GRAVES
(Wherever Found)

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 14th day of May, 2014.

This the 14th day May, 2014.

GREGORY K. DAVIS
United States Attorney

By: /s/ Glenda R. Haynes
GLENDA R. HAYNES
Assistant U.S. Attorney
MS Bar #2132

/s/
SHELDON L. BEER
Trial Attorney, MA#661165
Civil Rights Division
Criminal Section

/s/
PAIGE M. FITZGERALD
Acting Chief, CA # 171027
Civil Rights Division
Criminal Section

Warrant issued: _____

GRH/FBI