UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL No. 3:14-cr-87-HTW-FKB

v.

SARAH ADELIA GRAVES

## RESTITUTION ORDER

This cause having come before the Court on the joint motion of the parties for restitution, and the Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted:

1. The MVRA provides that when sentencing a defendant convicted of a crime of violence, the court shall order that the defendant make restitution to victim(s) of the offense, or if the victim is deceased, to the victim's estate. 18 U.S.C. § 3663A.

2. On April 9, 2015, this Court ordered the defendant to pay restitution in an amount to be determined at a future date.

3. On February 29, 2016, co-conspirators Deryl Paul Dedmon, Docket No. 3:12cr34CWR-FKB-002, John Aaron Rice, Docket No. 3:12cr34CWR-FKB, William Kirk Montgomery, Docket No. 3:12cr130CWR-FKB, and Dylan Wade Butler, Docket No. 3:12cr34CWR-FKB-001, were ordered to pay restitution in the amount of $840,000 to the estate of James Craig Anderson. Each co-conspirator was held jointly and severally liable for the entire restitution amount.

4. The Court has reviewed two economic damage reports which have been prepared in this case, one commissioned by the Government and one commissioned by defendant Butler.

5. Having reviewed said reports, and having considered the other restitution orders entered in this case, the court finds that the $840,000 restitution amount is supported by the evidence and is appropriate in this case.

IT IS THEREFORE ORDERED that the defendant, SARAH ADELIA GRAVES, will be ordered to pay restitution in the amount of $840,000 to the estate of James Craig Anderson.

IT IS FURTHER ORDERED that the defendant, SARAH ADELIA GRAVES, be held jointly and severally liable for the restitution amount with defendants, Deryl Paul Dedmon, Docket No. 3:12cr34CWR-FKB-002, John Aaron Rice, Docket No. 3:12cr34CWR-FKB, William Kirk Montgomery, Docket No. 3:12cr130CWR-FKB, and Dylan Wade Butler, Docket No. 3:12cr34CWR-FKB-001, Shelbie Brooke Richards, Docket No. 3:14cr142HTW-FKB, and John Louis Blalack, Docket No. 3:15cr1-HTW-FKB.

IT IS FURTHER ORDERED that the economic damage reports provided to the Court be sealed until further notice of the Court.

SO ORDERED this the 5th day of April, 2017.

HENRY T. WINGATE
United States District Judge